October 23, 2009

Mr. Harding J. Rome
Union Pacific Law Department
808 Travis Street, Suite 620
Houston, TX 77002

Ms. Kathleen Hopkins Alsina
Phelps Dunbar, L.L.P.
700 Louisiana, Suite 2600
Houston, TX 77002
Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 06-0023
 Court of Appeals Number: 14-02-00688-CV
 Trial Court Number: 95-42790

Style: MISSOURI PACIFIC RAILROAD COMPANY D/B/A UNION PACIFIC RAILROAD
 COMPANY
 v.
 PATRICIA LIMMER, BILLYE JOYCE SMITH, AND BOBBY JEAN NOTHNAGEL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 (Justice O'Neill and Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Mr. Ed Wells |
| |Mr. Charles Bacarisse |
| |Mr. Wayne Lindsey Robbins|
| |Jr. |
| |Mr. James L. Walker |